UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

United States of America              )
                                      )
            Plaintiff,                )
                                      )
      v.                              )  No.        4:01-CR-0253-JCH
                                      )
                                      )
Donald Harris,                        )
                                      )
            Defendant                 )


**ORDER**


This matter is before the court to clarify the order of restitution previously entered as part of the Judgment

in a Criminal Case on Deember 7, 2001.  Upon further review of the restitution ordered in thís matter, the

Court has determined that Anthony Tucker (4:01-CR-0069-JCH)  shall be jointly and severally liable with

defendant Donald Harris for the restitution ordered in the judgment dated December 7, 2001 in the amount

of $12,083.66.



Dated this 23rd day of November, 2009.



  **/s/ Jean C. Hamilton**
**UNITED STATES DISTRICT JUDGE**